PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Burronnie Lee Brosh**

**Docket No. 0:01CR00367-004-DWF**

**Petition on Probation**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Burronnie Lee Brosh** who was sentenced for Conspiracy to Commit Offenses Against the Government, on June 18, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On August 1, 2005, Mr. Brosh tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on August 3, 2005, at 1:30 p.m. to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 2nd day of Aug, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John G. Baskfield
U.S. Probation Officer

Executed on August 2, 2005
Place Minneapolis

cc: U.S. Attorney's Office
Federal Defender's Office

SCANNED
AUG 02 2005
U.S. DISTRICT COURT ST. PAUL