**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Burronnie Lee Brosh,

Defendant.

Criminal No. 01-367(4) (DWF/AJB)

**ORDER FOR APPOINTMENT OF COUNSEL**

---

David P. Steinkamp, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Mary Mateer, Esq., Mateer Law Office, counsel for Defendant.

---

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED** that Mary Mateer, a member of the CJA Conflicts Panel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: September 21, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court