**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

BURRONNIE LEE BROSH,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: DONOVAN FRANK
U.S. Judge

Case No: 01-367(04)(DWF/AJB)
Date: September 21, 2005
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 11:30
Time Concluded: 12:00
Time in Court: Hour & 30 Minutes

## APPEARANCES:

Plaintiff: DAVID STEINKAMP, Assistant U.S. Attorney
Defendant: MARY MATEER 9 FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Court Revokes Probation.**
: **Court Orders Supervised Release on same terms and conditions: Defendant is to surrender at a facility so designated by the U.S. Marshal to serve a 48 hour prison sentence starting at 7:00 PM, Friday, September 23, 2005.**
**Defendant to attend not less than 1 AA or NA meeting per week for 6 meeting total.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention Hearing 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions.
9 Detention Hearing scheduled for.
9 Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued with an addition of 30 days to serve in a community corrections center.
9 Defendant is sentenced to:

**9** Written order to be issued.

s/Lowell Lindquist
Deputy Clerk